IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

FILED
JAN 1 0 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Caren Jenkins,
    Petitioner,

v.

Case No. 1:22cv3
[formerly Circuit Court of Gilmer County, West Virginia – Case No. 21-P-42]

S.U. and C.U.
    Respondents.

## NOTICE OF REMOVAL AND MOTION FOR CHANGE OF VENUE

Respondent S.U. hereby removes Case No. 21-P-42 from the Circuit Court of Gilmer County, West Virginia to the United States District Court for the Northern District pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and as grounds for its removal states as follows:

### Statement of the Case

1. On November 22, 2021, the District of Columbia issued a final order of adoption for the children of S.U. to be adopted by S.U.'s spouse, C.U.

2. On or about December 22, 2021, Plaintiff Caren Jenkins filed a Petition for Ex Parte Relief and Immediate Hearing in Gilmer County, West Virginia.

3. An ex-parte hearing took place on December 22, 2021, and an Order Granting Temporary Injunction was entered against Respondents on January 3, 2022.

4. The ex-parte order prohibits the enforcement of valid out-of-state final orders of adoption and allows gestational surrogate Caren Jenkins to detain and conceal the children of S.U. and C.U.

5. Respondent S.U. was mailed a copy of the Petition for Ex Parte Relief, without any exhibits, at his former address on January 7, 2021.

6. Petitioner Jenkins seeks to re-litigate the merits of the adoption decrees and requests that the final orders of adoption not be given full faith and credit.

### Federal Jurisdiction Under 28 U.S. Code § 1331

7. The district court has original jurisdiction over this matter under 28 U.S.C. §1331 because this is a civil action that arises under the Constitution.

8. This Court, however, is not the proper venue as discussed in the section below.

9. S.U. asks for redress pursuant to 42 U.S. Code §1983 because he is being deprived numerous rights secured by the Constitution; and, pursuant to 28 U.S. Code §1738 which requires full faith and credit be given to valid out-of-state final orders.

### Improper Venue—Motion for Change of Venue

10. Petitioner Jenkins improperly filed her Petition in Gilmer County, West Virginia because she resides at 1448 Little Bull Run Rd, Glenville, WV.

11. Respondents have never resided in Gilmer County, West Virginia, or any county over which this Court has venue jurisdiction.

12. The cause of action was the adoption of S.U.'s children by his wife, C.U., which occurred in the District of Columbia.

13. Pursuant to 28 U.S. Code §1391(b)(1), the civil action is appropriate in the District of Columbia because that is where Defendant S.U. is a legal resident.

14. Likewise, pursuant to 28 U.S. Code §1391(b)(2), the District of Columbia is the proper venue because that is where a substantial part of the events or omissions giving rise to the claim occurred.

15. Venue is also proper in the District of Columbia in the interests of justice as it is the District of Columbia who has authority to review, interpret, and apply their own statutes to determine

if the order issued by the District of Columbia family court was valid and if full faith and credit should be granted.

### All Procedural Requirements For Removal Have Been Satisfied

16. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all the process, pleadings, orders, and documents from the State Court Action which have been served upon S.U. are being filed with this Notice of Removal.

17. This Notice of Removal has been filed within 30 days of the date that S.U. was provided a copy of the initial pleading and is thus timely in accordance with 28 U.S.C. §1446(b).

18. Venue for Notice of Removal is proper pursuant to 28 U.S.C. §1441(a) because the U.S. District Court for the Northern District of West Virginia embraces the Circuit Court of Gilmer County, West Virginia where the State Court Action was originally filed.

Dated: January 10, 2022

/s/S.U., pro se
712 H Street NE, Suite 1433
Washington, DC  20002
(202) 735-3960
aazark@gmail.com

### Certificate of Service

I hereby certify that on January 10, 2022, I served a true and exact copy of the foregoing "Notice of Removal and Motion for Change of Venue" to:

| | |
|---|---|
| Jeffrey Strange<br>200 W. Main Street<br>Suite B<br>Clarksburg, WV 26301<br>Phone: 304-842-0460<br>Fax: 888-818-6431<br>*Counsel for Caren Jenkins*<br>*Via USPS Mail* | C.U.<br>712 H Street NE, Suite 1433<br>Washington, DC  20002<br>(202) 735-3960<br>aazark@gmail.com<br>*Via hand delivery* |